

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Patricia Lowe, Appellant

No. 06-20-00043-CV      v.

Brookshire Grocery Company, Appellee

Appeal from the 62nd District Court of Hopkins County, Texas (Tr. Ct. No. CV43829). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the summary judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Patricia Lowe, pay all costs incurred by reason of this appeal.

RENDERED APRIL 27, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk